UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Andrea Francis Hall,                                  Case No: 14-11036 TEC
                                                      Chapter: 7
_____ Debtor. /

### ORDER TO PAY FILING FEE IN INSTALLMENTS

The debtor(s) in the above captioned case having filed an application to proceed In Forma Pauperis (IFP) and after hearing on the IFP application,

IT IS ORDERED that the application to proceed In Forma Pauperis is DENIED.

IT IS FURTHERED ORDERED that the debtor is approved to pay the filing fees in installment payments, as follows:

First installment payment of $90.00 is due:   August 1, 2014

Second installment payment of $72.00 is due: August 31, 2014

Third installment payment of $72.00 is due:   September 30, 2014

Fourth installment payment of $72.00 is due: October 30, 2014

1. Installment payments shall be received in the Clerk's Office on or before the scheduled due dates, as shown above. The Clerk will not send payment due notices or reminders.

2. If an installment payment is not received by close of business on the day the payment is due, the case will be dismissed by the court without further notice.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon the debtor(s), attorney for the debtor(s)(if any), the case trustee and Office of the U.S. Trustee.

Dated: July 25, 2014

Alan Jaroslovsky
United States Bankruptcy Judge

Copy:

☐ Mailed to debtor.     By:    Dan Sondheim, Deputy Clerk on July 25, 2014